1  JILL GARCIA
   Nevada Bar No. 7805
2  jill.garcia@ogletreedeakins.com
3  AMY L. HOWARD
   Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
   Fax:  702.369.6888
8

9  *Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENA PALENAPA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:  2:18-cv-01947-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>*(First Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Kim Marlena Palenapa ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint up to and including November 16, 2018.  The Parties are requesting this extension due to the fact that counsel for Defendant has only recently been retained and needs additional time to prepare a response.  Defendant's current deadline to file a response to the Complaint is November 2, 2018.  This is the Parties' first request

to extend the time for Defendant to respond to Plaintiff's Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 1st day of November, 2018.

| HKM EMPLOYMENT ATTORNEYS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Jenny L. Foley<br>Jenny L. Foley<br>1785 East Sahara Avenue<br>Suite 325<br>Las Vegas, NV 89104<br>Telephone: 702.625-3893<br>*Attorneys for Plaintiff Marlena Palenapa* | /s/ Jill Garcia<br>Jill Garcia<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Clean Harbors Environmental Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

11-2-2018
DATED

36186537.1

2