1  JILL GARCIA
   Nevada Bar No. 7805
2  jill.garcia@ogletreedeakins.com
3  AMY L. HOWARD
   Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENA PALENAPA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:  2:18-cv-01947-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>*(Second Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Kim Marlena Palenapa ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint up to and including December 7, 2018.  The Parties are requesting this extension as Defendant requires additional time to investigate the claims and prepare a response, and the Parties would like to evaluate the potential for early resolution.  Defendant's current deadline to file a response to the Complaint is November 16, 2018.

This is the Parties' second request to extend the time for Defendant to respond to Plaintiff's Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 15th day of November, 2018.

| HKM EMPLOYMENT ATTORNEYS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Jenny L. Foley | /s/ Jill Garcia |
| Jenny L. Foley | Jill Garcia |
| Marta D. Kurshumova | Amy L. Howard |
| 1785 East Sahara Avenue | 3800 Howard Hughes Parkway |
| Suite 325 | Suite 1500 |
| Las Vegas, NV 89104 | Las Vegas, NV 89169 |
| Telephone: 702.625-3893 | Telephone: 702.369.6800 |
| *Attorneys for Plaintiff Marlena Palenapa* | *Attorneys for Defendant Clean Harbors Environmental Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

   11-15-2018
DATED

36350134.1