JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA PALENAPA, an individual, | Case No.: 2:18-cv-01947-MMD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** *(Third Request)* |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Kim Marlena Palenapa ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint up to and including December 21, 2018. The Parties are requesting this extension in order to enable the Parties to focus on negotiating an early resolution. Defendant's current deadline to file a response to the Complaint is December 7, 2018. This is the Parties' third request to extend the time for Defendant

to respond to Plaintiff's Complaint.  This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 6th day of December, 2018.

HKM EMPLOYMENT ATTORNEYS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____/s/ Jenny L. Foley_____
Jenny L. Foley
Marta D. Kurshumova
1785 East Sahara Avenue
Suite 325
Las Vegas, NV  89104
Telephone:  702.625-3893
*Attorneys for Plaintiff Marlena Palenapa*

_____/s/ Jill Garcia_____
Jill Garcia
Amy L. Howard
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
*Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

12-6-2018
_____
DATED