JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA PALENAPA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:18-cv-01947-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>*(Fourth Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Marlena Palenapa ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint up to and including January 21, 2019. The Parties are requesting this extension due to the upcoming holidays and to provide ample time to continue to focus on negotiating an early resolution. Defendant's current deadline to file a response to the Complaint is December 21, 2018. This is the Parties' fourth

request to extend the time for Defendant to respond to Plaintiff's Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 21st day of December, 2018.

| HKM EMPLOYMENT ATTORNEYS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Jenny L. Foley <br> Jenny L. Foley <br> Marta D. Kurshumova <br> 1785 East Sahara Avenue <br> Suite 325 <br> Las Vegas, NV 89104 <br> Telephone: 702.625-3893 <br> *Attorneys for Plaintiff Marlena Palenapa* | /s/ Jill Garcia <br> Jill Garcia <br> Amy L. Howard <br> 3800 Howard Hughes Parkway <br> Suite 1500 <br> Las Vegas, NV 89169 <br> Telephone: 702.369.6800 <br> *Attorneys for Defendant Clean Harbors Environmental Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

12/21/18
_____
DATED