# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MARLENA PALENAPA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>        Defendant. | 2:18-CV-01947-MMD-VCF<br>**ORDER** |

Before the court is the Joint Status Report Regarding Settlement (ECF NO. 17).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order to dismiss on or before March 8, 2019.

DATED this 22nd day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE