JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Clean Harbors Environmental Services, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENA PALENAPA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:  2:18-cv-01947-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Marlena Palenapa ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

Each party to bear their own fees and costs.

Dated this 27th day of February, 2019.

| HKM EMPLOYMENT ATTORNEYS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Jenny L. Foley | /s/ Amy L. Howard |
| Jenny L. Foley | Jill Garcia |
| Marta D. Kurshumova | Amy L. Howard |
| 1785 East Sahara Avenue | 3800 Howard Hughes Parkway |
| Suite 300 | Suite 1500 |
| Las Vegas, NV 89104 | Las Vegas, NV 89169 |
| Telephone: 702.625-3893 | Telephone: 702.369.6800 |
| *Attorneys for Plaintiff Marlena Palenapa* | *Attorneys for Defendant Clean Harbors Environmental Services, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

February 28, 2019
DATE

37591246.1

2